Jesse Cowell, OSB # 082940
Chris Roy, OSB # 031777
R. Darrin Class, OSB # 970101
Roy Law Group
1000 SW Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
jesse@roylawgroup.com
Attorneys for Plaintiff, Jennifer Dickson

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JENNIFER DICKSON, | Case No. 1:21–cv–00261–CL |
| Plaintiff, | |
| v. | STIPULATED DISMISSAL |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | |
| Defendant. | |

The parties hereby stipulate that the above-captioned action is compromised, and shall be dismissed with prejudice, and without an award of costs or fees. Under Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing.

Respectfully submitted this 22nd day of June, 2021.

Attorneys for Plaintiff, Jennifer Dickson

Page 1 – STIPULATED DISMISSAL

       *s/ Jesse Cowell*
       Jesse Cowell, OSB # 082940
       Roy Law Group
       1000 SW Broadway Suite 900
       Portland, OR 97205
       PH: 503.206.4313
       FAX: 855.344.1726
       jesse@roylawgroup.com

      Attorneys for Defendant, United of Omaha
       Life Insurance Company

       *s/ Gabriel Baker*
       Gabriel Baker, WSBA # 28473
        (*appearing Pro Hac Vice*)
       Jensen Morse Baker PLLC
       1809 Seventh Avenue, Suite 410
       Seattle, WA 98101
       PH: 206.682.1846
       FAX: 206.682.1496
       gabe.baker@jmblawyers.com

**CERTIFICATE OF SERVICE**

I certify that on June 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys/parties of record.

DATED this 22nd day of June, 2021.

        *s/ Jesse Cowell*
        Jesse Cowell OSB # 082940
        Roy Law Group
        1000 SW Broadway, Suite 900
        Portland, OR 97205
        PH: 503.206.4313
        FAX: 855.344.1726
        jesse@roylawgroup.com